MINNIE TUCCI, PLAINTIFF-RESPONDENT, v. DOMINICK TUCCI *ET. AL.*, DEFENDANT-PETITIONERS.

*Messrs. Chary & Porcoro* for petitioners.

*Mr. James D. Checki, Jr.* and *Mr. S. Victor DeLucia* for respondent.

September 21, 1965.   Denied.

STATE OF NEW JERSEY, BY THE STATE HIGHWAY COMMISSIONER, PLAINTIFF-RESPONDENT, v. ADELE SPEARE, *ET AL.*, DEFENDANT-PETITIONER.

See same case below: 86 *N. J. Super.* 565.

*Mr. Arthur E. Dienst* for petitioner.

*Messrs. Arthur J. Sills*, Attorney General of New Jersey, and *William J. McCormack*, Deputy Attorney General for respondent.

September 21, 1965.   Denied.